SVENSKA TAENDSTICKS FABRIK AKTIEBOLAGET et al.,
Plaintiffs, *v.* BANKERS TRUST COMPANY OF NEW YORK,
Respondent, and EDWARD S. GREENBAUM, as Trustee
in Bankruptcy of AKTIEBOLAGET KREUGER & TOLL,
Appellant, Impleaded with Others.

(Submitted June 11, 1935; decided July 11, 1935.)

Motion for reargument denied, with ten dollars costs
and necessary printing disbursements. (See 268 N. Y.
492.)

In the Matter of JACK NAGELBERG et al., Appellants and
Respondents, against JAMES E. FINEGAN et al., Consti-
tuting the Municipal Civil Service Commission, et al.,
Respondents and Appellants.

(Submitted July 11, 1935; decided July 11, 1935.)

Motion to amend remittitur denied and stay vacated.
This court is bound by the record on appeal and cannot
amend it on motion. Section 31 of the Civil Service
Law (Cons. Laws, ch. 7), as amended by chapter 660 of
the Laws of 1934, sustains the contention of the petitioners
herein. (See 267 N. Y. 632.)

GEORGE ROBERTSON, Respondent, *v.* JOHN RINGLING
et al., Individually and as Copartners under the Name
of RINGLING BROS.-BARNUM AND BAILEY COMBINED
SHOWS, Appellants.

(Submitted July 11, 1935; decided July 11, 1935.)

Motion for reargument denied, with ten dollars costs
and necessary printing disbursements. (See 268 N. Y.
541.)